No. 506. DIRECTOR GENERAL OF RAILROADS *v.* MRS. B. M. MOORE, ADMINISTRATRIX, ETC. October 18, 1920. Petition for a writ of certiorari to the Supreme Court of the State of North Carolina denied. *Mr. H. O'B. Cooper, Mr. Clement Manly, Mr. Thomas S. Rollins, Mr. Julius C. Martin* and *Mr. George H. Wright* for petitioner. *Mr. Felix E. Alley* for respondent.

No. 507. BLUEFIELDS FRUIT & STEAMSHIP COMPANY *v.* WESTERN ASSURANCE COMPANY OF TORONTO. October 18, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William C. Dufour, Mr. George Janvier* and *Mr. E. Howard McCaleb* for petitioner. *Mr. John C. Prizer* for respondent.

No. 510. JULIUS BLOCK *v.* LOUIS HIRSH. October 18, 1920. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Jesse C. Adkins* and *Mr. Julius I. Peyser* for petitioner. *Mr. Myer Cohen, Mr. Richard D. Daniels* and *Mr. William G. Johnson* for respondent.

No. 513. GEORGE HOLMES ET AL. *v.* UNITED STATES. October 18, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Leander A. Dale* and *Mr. Frank G. Morris* for petitioners. *Mr. Assistant Attorney General Stewart* and *Mr. Roy C. McHenry* for the United States.